FILED
2018 FEB 9 AM 10:23
CLERK
U.S. DISTRICT COURT

David P. Williams (Utah Bar No. 7346)
SNELL & WILMER
15 West South Temple #1200
Salt Lake City, UT 84101-1531
Telephone: (801) 257-1914

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Polly Towill (Cal. Bar No. 120420) (admitted *pro hac vice*)
Heather L. Plocky (Cal. Bar No. 279022) (admitted *pro hac vice*)
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: (213) 620-1780

*Attorneys for Plaintiff BofI Federal Bank*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BofI FEDERAL BANK,<br>a federal savings bank,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S CAPITAL FINANCE, LLC,<br>a Texas Limited Liability Company; and<br>DOES 1-10,<br><br>Defendants | **ORDER GRANTING STIPULATED MOTION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>Case No. 2:17-cv-01180-BSJ<br><br>Judge Bruce S. Jenkins |

This matter is before the Court on the parties' Stipulated Motion for Enlargement of Time for Plaintiff to Respond to Defendant's Motion to Dismiss (the "Stipulated Motion"). Having reviewed the Stipulated Motion, and based upon the stipulation of the parties, the Court hereby GRANTS the Stipulated Motion.

4814-7947-5292

It is hereby ORDERED that Plaintiff BofI Federal Bank shall have until February 27, 2018, to respond to Defendant's Motion to Dismiss.

DATED this 9th day of February, 2018

BY THE COURT:

Anne Morgan
Chief Deputy

**Approved as to form:**

MAGLEBY CATAXINOS & GREENWOOD

/s/ Brian E. Lahti
*(Signed with permission by filing attorney)*
Jason A. McNeill
Brian E. Lahti

*Attorneys for Defendant*